UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
I'MECCA BURTON PEARSON, a minor, by her
mother and natural guardian Taniesha Pearson,

                    Plaintiff,                  08-CV-3208 (SLT) (MDG)

               vs.                         **NOTICE OF MOTION FOR**
                                                    **AN ORDER APPROVING**
THE CITY OF NEW YORK, THE NEW YORK        **THE INFANT**
CITY BOARD OF EDUCATION, d/b/a THE NEW    **COMPROMISE ORDER**
YORK CITY DEPARTMENT OF EDUCATION,
POLICE OFFICERS JOSEPH CORTES, SHIELD
#27040 AND DENNIS MCALLISTER, SHIELD
#9523

                    Defendants.
------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Vilia B. Hayes, Esq. in Support of Motion for An Order Approving the Infant Compromise Order dated March 12, 2010, and the Affidavit of Taniesha Pearson dated March 9, 2010, minor Plaintiff I'mecca Burton Pearson, by her mother and natural guardian Taniesha Pearson will move this Court for entry of an order allowing settlement of the within litigation pursuant to the terms and conditions set forth in the Stipulation and Order of Settlement and Dismissal also attached hereto.

**PLEASE TAKE FURTHER NOTICE** that the Motion is made subject to further direction by the Court if the Court deems a hearing as necessary.

Dated:   New York, New York
         March 11, 2010

HUGHES HUBBARD & REED LLP

By: *[signature]*
Vilia B. Hayes
Cecily C. Williams
One Battery Park Plaza
New York, New York 10004
(212) 837-6000
hayes@hugheshubbard.com

Norman Siegel, Esq.
260 Madison Avenue, 18th Floor
New York, New York 10016
(212) 532-7586
siegelnorman@aol.com

*Attorneys for Plaintiff I'mecca Burton Pearson*
