UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

I'MECCA BURTON PEARSON, a minor, by her
mother and natural guardian Taniesha Pearson,

                Plaintiff,                        08-CV-3208 (SLT) (MDG)

      vs.                            **INFANT COMPROMISE**
                                              **ORDER**

THE CITY OF NEW YORK, THE NEW YORK
CITY BOARD OF EDUCATION, d/b/a THE NEW
YORK CITY DEPARTMENT OF EDUCATION,
POLICE OFFICERS JOSEPH CORTES, SHIELD
#27040 AND DENNIS MCALLISTER, SHIELD
#9523

                Defendants.

-------------------------------------------------------------------X

      Upon consideration of the issues and claims in the litigation, the proffers of evidence, and

the discussions related to settlement and resolution of this case, and it appearing that the best

interests of minor Plaintiff I'mecca Burton Pearson would be served by approval of the proposed

compromise and settlement as set forth in an accompanying Stipulation and Order of Settlement

and Dismissal, it is hereby

      ORDERED, that the parent and natural guardian, Taneisha Pearson (incorrectly named

Taniesha in the caption), is authorized and permitted, in the interest of her minor child, to settle

and compromise I'mecca Burton Pearson's claim as described and set forth in this litigation, and

pursuant to the terms and conditions otherwise set forth in the Stipulation, and it is further

ORDERED, that infant Plaintiff I'mecca Burton Pearson shall be paid forty thousand dollars ($40,000) of the settlement amount, to be held in trust by Taneisha Pearson, the mother and natural guardian of infant Plaintiff in a bank account yielding the highest rate of interest available, at Roosevelt Savings Bank located at 1024 Gates Avenue, Brooklyn, New York 11221, and shall not be withdrawn except to pay for medical emergencies or education, upon further order of this Court, or to pay income taxes on the interest generated by infant's account, as follows: upon presentation to an officer of the above-designated bank of the account passbook and a completed tax return, the bank is hereby authorized to issue checks payable to the Internal Revenue Service (for federal tax liabilities) and to the appropriate tax authorities (for state and local tax liabilities).  When infant Plaintiff I'mecca Burton Pearson reaches the age of eighteen (18) years and provides proof of having attained that age, said bank shall pay over to the infant (or her legal representative) upon the infant's demand therefor and without further Court order, all monies held pursuant to this Order pertaining to infant Plaintiff I'mecca Burton Pearson, and it is further

ORDERED, that the sum of ten thousand dollars ($10,000) of the settlement amount of fifty thousand dollars ($50,000) for I'mecca Burton Pearson be paid to Norman Siegel, Attorney for Plaintiff, for his reasonable attorney's fees, costs, and expenses, and it is further

ORDERED, that Taneisha Pearson is authorized and empowered to execute and deliver a release on behalf of her infant child I'mecca Burton Pearson, and to execute and/or deliver any other instrument necessary to effectuate the settlement herein, and it is further

ORDERED, that this Court retains jurisdiction of this action for enforcing this infant compromise order and for enforcing the terms of the underlying settlement, for entering this

infant compromise order directing the disposition of funds, and for hearing and determining

applications for the release of funds under this infant compromise order.


DATED:        March __, 2010
              New York, New York


So Ordered:

_____
United States Magistrate Judge