UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X

I'MECCA PEARSON,

      Plaintiff(s),      <u>CONSENT ORDER</u>

              CV 2008-3208 (SLT)

    - against -

THE CITY OF NEW YORK, <u>et al</u>.,

      Defendant(s).

- - - - - - - - - - - - - - - - - - - -X

### CONSENT TO MAGISTRATE JUDGE TRIAL

   We hereby consent to have the above captioned action assigned to United States Magistrate Judge Marilyn D. Go for all purposes, including entry of Judgment.

   We acknowledge that pursuant to Title 28, United States Code, Section 636, as amended by section 207 of the Federal Courts Improvement Act of 1996, any appeal from civil cases tried by magistrate judges with the consent of the parties will be heard only in the Court of Appeals.

Dated:   Brooklyn, New York
     March 22, 2010

         _Hughes Hubbard & Reed LLP_
         _by Julia B Hayes_
         Plaintiff or Counsel for Plaintiff(s):


         Defendant or Counsel for Defendant(s):


APPROVED:           SO ORDERED:

_s/ Marilyn D. Go_       _s/ Sandra I. Townes_
United States Magistrate Judge   United States District Court Judge
             3/22/10